## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE INTEREST OF: E.S.C.L., A MINOR

PETITION OF:  J.L., FATHER

: No. 361 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.